IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WOODS INTERNATIONAL, INC.              )
                                       )
                  Plaintiff,           )
                                       )
         v.                            )         1:05CV00089
                                       )
B.J. MCROY d/b/a THE WIDOW'S WALK,     )
                                       )
                  Defendant.           )

ORDER

Beaty, District Judge.

     For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Defendant B.J. McRoy's Motion to Dismiss for Lack of Jurisdiction [Document #4] is GRANTED and the claims against Defendant McRoy are hereby DISMISSED WITHOUT PREJUDICE.

     This, the 20th day of June, 2006.

 

_____
United States District Judge